IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

8:04-CV-1306-T-17EAJ

No. 05-16855-A

IN RE:

Wilfredo Vasquez

Petitioner.

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEB 06 2006
THOMAS K. KAHN

On Petition for Writ of Mandamus
to the United States District Court for the
Middle District Of Florida

ENTRY OF DISMISSAL

Pursuant to the 11th Cir.R.42-1(b), this petition is hereby dismissed for want of prosecution because petitioner has failed to pay the $250 docket fee to the clerk of this court, within the time fixed by the rules, effective this 6th day of February, 2006.

THOMAS K. KAHN
Clerk of the United States Court
of Appeals for the Eleventh Circuit

By: Deborah Owens
Deputy Clerk

FOR THE COURT - BY DIRECTION

ORD-40

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

February 06, 2006

Wilfredo Vasquez (17042-054)
USP Coleman
PO BOX 1033
COLEMAN FL 33521-1033

**Appeal Number: 05-16855-A**
Case Style: In Re: Wilfredo Vasquez
District Court Number: 04-01306 CV-T-17-EAJ

---

Enclosed is the clerk's entry of dismissal of your petition for lack of prosecution pursuant to Eleventh Circuit Rule 42-1(b), which is issued as of the mandate of this court. See 11th Cir. R. 41-4.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Deborah Owens (404) 335-6180

c: District Court Judge(info copy)
    Clerk of District Court

Encl.

PRO-8 (03-2005)